

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2020

No. 04-20-00368-CV

**IN THE INTEREST OF X.J.R., A.W.R., Z.N.B., L.K.B., AND G.E.B.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01964
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The court reporter's notification of late reporter's record is NOTED. The reporter's record was filed on August 14, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2020.

_____
Michael A. Cruz,
Clerk of Court